**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-1016**

LESLIE A. HAYMOND,

                Plaintiff - Appellant,

      v.

BANK OF NEW YORK MELLON, NA; BAC HOME LOANS SERVICER LP,
d/b/a Bank of America, NA; BANK OF AMERICA HOME LOANS;
RECONTRUST COMPANY, NA; ALG TRUSTEE, LLC; MERS, Inc.; REDC
DEFAULT SOLUTIONS; BANK OF AMERICA, NA; DOES 1-100,

                Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Anthony John Trenga,
District Judge. (1:11-cv-00800-AJT-JFA)

Submitted: April 26, 2012        Decided: April 30, 2012

Before AGEE and WYNN, Circuit Judges.[*]

Affirmed by unpublished per curiam opinion.

Leslie A. Haymond, Appellant Pro Se.  Allison Monger,
MCGUIREWOODS, LLP, Richmond, Virginia; Dean L. Robinson,
ATLANTIC LAW GROUP, LLC, Leesburg, Virginia; Carrie Margaret
Harris, King Fitchett Tower, SPILMAN, THOMAS & BATTLE, PLLC,

_____

     [*] The opinion is filed by a quorum of the panel pursuant to
28 U.S.C. § 46(d) (2006).

Roanoke, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Leslie A. Haymond appeals the district court's order denying relief on her 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Haymond v. Bank of New York Mellon, NA, No. 1:11-cv-00800-AJT-JFA (E.D. Va. Dec. 6, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED